**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
JONATHAN HOWE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:19-mj-00003-JDP |
| | ) | |
| Plaintiff, | ) | DEFENDANT JONATHAN HOWE'S |
| | ) | MOTION TO TERMINATE PROBATION |
| | ) | PURSUANT TO 18 U.S.C. § 3564(c) |
| vs. | ) | AND ORDER |
| | ) | |
| | ) | |
| JONATHAN HOWE, | ) | Date:   May 18, 2021 |
| | ) | Time:   10:00 AM |
| | ) | Judge: Hon. Jeremy D. Peterson |
| Defendant. | ) | |
| | ) | |

**TO THE HONORABLE JEREMY D. PETERSON, UNITED STATES MAGISTRATE JUDGE AND ACTING LEGAL OFFICER FOR THE NATIONAL PARK SERVICE, SEAN ANDERSON:**

**NOTICE IS HEREBY GIVEN** that Defendant Jonathan Howe, through his attorney Carol Ann Moses, does hereby move to terminate his probation early pursuant to 18 U.S.C. § 3564(c) as he has satisfied all conditions of probation. Presently, the Defendant's probation is set to expire on May 3, 2021.

On December 3, 2019, the Court ordered Mr. Howe to eighteen months of unsupervised probation, with the conditions that he obey all laws and complete a 90 day inpatient drug or alcohol program immediately followed by a 90 day outpatient drug or alcohol program. He was also ordered to pay a $20.00 special assessment fee totaling a $20.00 financial obligation.

1  On August 11, 2020, a Review Hearing was held. During this hearing the Court supported a proposal made by United States Probation Officer, Kendall Millhouse, requesting that Mr. Howe's probation be terminated early upon payment of his $20.00 special assessment.

Mr. Howe paid his $20.00 financial obligation in full on August 12, 2020. Probation Officer Kendall Millhouse reports that Mr. Howe has remained in full compliance with the terms of his probation and all has been asked of him.

Mr. Howe respectfully requests this Court to terminate his probation early pursuant to 18 U.S.C. § 3564(c).

Dated:  August 19, 2020              */s/ Carol Ann Moses*
                                     CAROL ANN MOSES
                                     Attorney for Defendant,
                                     JONATHAN HOWE

**ORDER**

Good cause appearing, pursuant to 18 U.S.C. § 3564(c), the above request for early termination of the probationary term for JONATHAN HOWE in Case No. 6:19-mj-0003-JDP is hereby accepted and adopted as the order of this court. Probation is terminated effective today.

IT IS SO ORDERED.

Dated:   August 21, 2020                                   _____
                                                                                          UNITED STATES MAGISTRATE JUDGE